UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAKEBA MARINE CO.,

       Plaintiff,

- against -

SHIPPING LAND CO., LTD., SHIPPING-LAND
CO. LTD., SHIPPING-LAND (SINGAPORE)
PTE. LTD., SHIPLAND CORPORATION PTE.
LTD. and DREAMSHIP PTE LTD.,

       Defendants.
------------------------------------------------------------X

08 Civ. 9376 (LBS)

ECF CASE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-4-09

## ORDER ON MOTION TO VACATE AND MOTION FOR COUNTERSECURITY

On January 15, 2009 the Court held a hearing pursuant to Supplemental Admiralty Rule E(4)(f) on Defendant Shipping-Land Co. Ltd.'s motion pursuant to Supplemental Admiralty Rule E(7) seeking countersecurity on its counterclaim and on Defendant Shipping-Land (Singapore) Pte. Ltd.'s motion pursuant to Federal Rule 12(b)(6) to dismiss the Plaintiff's alter ego liability claim against it as set forth in the Second Amended Verified Complaint and pursuant to Supplemental Admiralty Rule E(4)(f) seeking vacatur of the ex parte maritime attachment order issued as against it.

For the reasons stated on the record at the hearing, it is hereby ORDERED that Shipping Land (Singapore) Pte. Ltd.'s motion to dismiss/vacate is denied, and it is further ORDERED that Shipping-Land Co. Ltd.'s motion for countersecurity is granted in the amount of $99,147.15, without prejudice to its right to seek further countersecurity if Plaintiff obtains security in an amount in excess of its principle claim. Plaintiff is hereby ordered to post countersecurity within 10 days of the date of this Order.

Dated: February 4, 2009

/s/ Leonard B. Sand

Hon. Leonard B. Sand
United States District Judge