USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-13-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAKEBA MARINE CO.,

                Plaintiff,

v.

SHIPPING LAND CO., LTD., SHIPPING-LAND
CO. LTD., SHIPPING-LAND (SINGAPORE)
PTE. LTD., SHIPLAND CORPORATION PTE
LTD., and DREAMSHIP PTE LTD.,

                Defendants.

**ORDER**

08 Civ. 9376 (LBS)

SAND, J.:

As the Court stated at the hearing today, the motion to vacate the attachment is granted, the motion to vacate the counter-security is granted, the motion to enforce the arbitration award is denied, and the case is dismissed without prejudice and without costs to any party. This order is without prejudice to any new action Plaintiff may initiate pursuant to Defendants' registration in New York.

SO ORDERED.

Dated: Jan 13, 2010
New York, NY

_____
U.S.D.J.